UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

SAMANTHA HOWARD,)

vs. ) Case No. 21-4034-CV-C-MDH

CITY OF SEDALIA, MISSOURI,
d/b/a Bothwell Regional Health Center

__X__  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____  Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Verdict entered in favor of Plaintiff Samantha Howard.

Damages found to be:

$115,548.86 the amount of damages for wages and benefits

$18,451.14 the amount of damages for emotional damages

Dames
**IT IS SO ORDERED**.


 September 15, 2022                        Paige Wymore-Wynn
Date                                       Clerk of Court


Entered on: September 15, 2022             s/Linda Howard_____
                                           (By) Deputy Clerk